TO: The Criminal Court of Appeal     July 28, 2015

TO: The Court Clerk

Abel Acosta       50,653-07

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 20 2015
Abel Acosta, Clerk

From
Orvis Wayne Porter    CASE # Writ 11.07
#1905515     W10-24557-J(C)
PACK 1 Unit
Navasota Texas 77868 ) WR-50,653-07

I would like to filed a
Traverse to State Return and
answer in CASE W10-24557-J(C)
WR-50,653-07 could you please
file this in my behalf to the
Judge of the Court, thank you
and Send me copy it was file —
Thank you! God Bless.

ORVIS WAYNE PORTER
#1905515
PACK 1 Unit
2400 Wallace Pack Rd
Navasota, Texas
77868

# IN The CRiminAl COURt appeAl ①
## iN AUStiN, TexAS

| | |
|---|---|
| EX-pARTe #1905515<br>ORViS WAyNe PORTeR<br><br>VS.<br>The StAte Of TexAS<br>DistRict attoNeRy<br>SUSAN HAwk<br>OF DAllAS CouNty | CASe NO. W10-24557-J ©<br>SUpplemeNt applicatioN<br>to<br>W10-24557-J (B)<br>WRit hABeAS CORpUS.<br>11.07 |

## TRauERSe to StAte
## RetuRN and aNSWeR

To: The HoNORAble, Judge of SAid couRt
Of the CRiminAl CouRt Of Appeal

Come Now, ORViS WAyNe PORteR the petitioNeR
pRo, Se, and RespectfUlly files this TRaueRSe
to StAte RetuRN and aNSWeR foR WRit of
hABeAS CoRpUS, pURSUaNt to aRt, 11.07 all
RefeReNces fo pARagRAh RefeRed to iN—
petitioNeR, iNitiAl petitioN aRe INCORpoRAted
heReiN By RefeReNce this tRaueRSe addRess
the pARt of the StAte RetuRN and aNSWeR
that RequiReS Reply.

# FAct Appicable to All Cliam

Appellate Counsel was Ineffective for failing to challenge the sufficiency of evidence to support the following prior conviction that were allegedly used to Enhance his punishment Burglary habitation in F92-31291-mw sentence phrase of trial

The State failed to prove Case F92-31291-mw Burglary habitation as a final conviction ~~████~~ July 31, 1998, The State Illegally use F99-53393 Burglary habitation - final, Conviction February 3, 2000 to Illegally enhance F92-31291-mw, Deputy Willie, washington testify under oath in trial Court Records July 12, 2011 RR-6: 60-62 page in court transcript's, There only one fingerprint, and one picture with two separate cause number in State Exhibit 4, One of the separate case F92-31291-mw was Discharge on December 5, 1999 this was a parole violation not, a new charge and I didnt get Revoke on probation February 3, 2000, I was on parole when i caught F99-53393 on Oct 7, 1999

and Rocinced 5 years on Febuary 3, 2000 ③ The court ERROR By use Both of this case on plea, BARgain, and Judgement, this is a clerical ERROR, 363rd Judical district court made on Febuary 3, 2000, The Date and time of Sentence and penpack is WRong from Texas Department of Criminal Justice correctional Institution Divison, From Vanessa, Jones chairman of classication and Records. IN Exhibit 4 applicant - penitentiary packet admitted in trial This affidavit is INcorrect and WRong and the Judgement and penpacket, IN 363 Rd Judical district court of Dallas county, These case wasn't ran together, so there should have been seperated. penpacket, F92-31291-mw Burglary habitation was final conviction on July 31, 1998, IN 363 Rd Judical district court of Dallas county, I Rocviced 4½ years Back time and parole out Dallas county Jail April 16, 1999, I was PIA out, and violated my parole may 16, 1999, This Information can Be Investgated By texas Board of parole + pardon.

(Next) I WAS in the State of OREGON PRISON ④
July 31, 1998 my Name WAS forged on July 31, 98
By my attonery DAve, smith, I WAS Never present
I Recinced 5 YEARS, I WAS Never ~~present~~
Extradie Back to TexAS, I WAS in OREGON
PRISON From 9/23/1994 to 12/16/98, I WAS
Never Sentence properly and it WAS Illegally
for my attonery to singed my Name. on
July 31, 1998 IN 363 Rd Judical district court
I WAS Never ever in prison in TexAS -
July 31, 1998, OR Never did my PROBation
F92-31291-mw WAS violated on Febuary 3, 2000
I WAS on PARole and already discharge, —
December 5, 1999, F99-53393 BURGIARY haBitation
WAS a New, chaRge i cAught on PARole, Both
sentence cAme out 363 Rd Judical court. But
Judge faith, Johnson didn't sentence me propely
in July 31, 1998, This are SepARate sentence
So theRe should Been SepARate penpacket at
trial, IN F92-31291-mw and in F99-53393
I WAS PIA out the DALLAS county JAil on
April 16, 1999 pARole on case F92-31291-mw
and when to T.D.C. on F99-53393 FeB, 3, 2000
I didn't go to PRISON on Both CASE, at
the SAme time, Their a cleRical ERROR

Find the Judgement in 363Rd Judical court and the plea BARgain agreement on — FeBuary 3, 2000, The court failed to prove the Enhancement. in the Notice of Enhancement See Exihbit (B) BURgLARy haBitation — F92-31291-mw, Because they Illegally use F99-53393 to ENHance F92-31291-mw This are SepARate case. The penpack is INsuffciency to ENHance F92-31291-mw The ERROR is in the 363Rd Judical district court Record and texAS Department CoRRectioNAl Records See Exhibit (D) That why willie, washington testify it only one, penpacket, one T.D.C. Number and one fingerprint one picture, and two sepaRate case Number F92-31291-mw and F99-53393, the criminal district court Illegal use Both case Number in Judgement and plea BARgain, and penpacket it should Been one F99-53393 BuRglARy-haBitAtion F99-53393, poRteR testify in Record at trial RR-6:73 he wasN't here in texAS July 31,1998. attoNeRy Geogre Ashford trial attoNery to INNestgated the Enhancement and appeal attonery ApRil, Smith failed to INNestgated and use ENHancement

as appeal ERROR, when George Ashford object to 12.42 penal code Requrie to Enhance, Trial Records RR-6: 62, (A) Exhibit probation violation paper, attonery Dave, smith forged my name, on July 27, 1998 In the 363Rd Judical district court and Exhibit (B) the Notice of Enhancement Exhibit (C) oregon Department of — Correction, time sheet, AKA: Name use iN oregon Demon's Orvis porter, Birth 4/5/75

I WAS INCARCERATed From 9/23/94 to 12/16/1998, To verify INformation contact, Grace chen, INformation Request Sentence calculation bldg 24499 s.w. Grahams — Ferry Rd. wilsonville oregon 97070, (503) 570-6900 FAX (503) 570-6903

verify with The Texas Board and parole and pardon 8610 Shoal Creek Blvd. Austin Texas 78757, that i was parole out Dallas County Jail. F92-31291-mw PIA April 16, 1999 and violated parole on may 5, 1999 I didnt ever go to prison on F92-31291-mw

FeBuary 3, 2000. The court ERROR in Judgement in penpacket in plea agreement in 363 Rd Judical district court FeBuary 3, 2000, The trial court failed to prove Enhancement, Stoke v Procunier 744 F2d 475 (1984) French v. Estelle 692 F.2d 1021 5th Cir (1982) The court failed to link me to prior conviction threw Judgement and fingerprint or Indentify me at trial threw Deputy willie, washington testify in trial Record, she didn't know me, But only took my fingerprint today RR-6:60-62 So the court didn't establish Identify. martin v. State 227 sw. 3d 355, 337 Tex app houston 1st Dist, (2007) Beck v. state 719 sw. 2d. 205, 209, (Tex crim app) appellate attonery april. Smith and trial attonery Geogre ashford was Ineffective for fail to Investgated and failed to use the Insuffciency Enhancement as appeal ERROR Ex-parte miller 330 s.w. 3d 610, (Tex crim app) see) Evitts v Lucey 469, us 387, 395, -96 (1985) Herandez v state 726 sw.2d 53, 56, 57. Tex crim app (1986) A defendant has a — Consitutinal Right to effective counsel.

"11"

## Claim For Relief

I'am ask the court for a new Sentence phrase in case F10-24557-J and the Enhancement drop in F92-31291-mw - Burglary habitation final conviction July 31,1998 charge drop back down to a State Jail felony from 2 to 20 and Revalse with time Served and evidence hearing and Designated order and violation Report to criminal court appeal of the ERROR made in 363Rd Judical district court of Dallas, Texas for Illegally use Both case in plea agreement and - falsefity penpacket in F92-31291-mw

## PRAY FoR Relief

petitioner Respectfully Request the court to vacate and Set aside petitioner 10 year Sentence and conviction and order a Retrial within 90 day's Respectfully Submitted on this day of _____

From: ORVIS WAYNE PORTER
#1905515 PACK UNIT
Wallace Pack Rd.
NAVASOTA, TEXAS 77868

CAUSE NO.
W10-24557-J (C)
Supplement to
W10-24557-J (B)

| | |
|---|---|
| Ex-parte<br>Orvis Wayne Porter<br>#1905515<br>Pack 1 unit<br>wallace Pack Rd.<br>Navasota, Texas<br>77868 | In the criminal<br>Court of Appeal in<br>Austin Texas |

## ORDER

petitioner petition for Traverse
to state Return and answer
is hereby Granted / Denied
Signed and Entered on this day of

_____
Judge presiding
criminal district
Court of Appeal

F92-31291-mw
Burlgary habitation
Final conviction on July 31, 1998

---

Exhibit

---

Probation Revoke paper
attonery Dave Smith Signed without
my permisson on F92-31291-mw
while I was in oregon prison
when I recinced 5 year on
July 31, 1998 in the criminal
363 Rd district court of
Dallas county

FILED

THE STATE OF TEXAS      CAUSE NO. _742-3129/_

VS.      _363_     DISTRICT COURT _____

_Orvis W Porter_      DALLAS COUNTY, TEXAS

## PLEA OF TRUE AND STIPULATION OF EVIDENCE IN PROBATION REVOCATION HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause, in open Court, and acknowledges having been served with a copy of the Motion to Revoke Probation herein, waives reading of said Motion in open Court, and enters his plea of TRUE to the allegations of said Motion.

Defendant consents to the stipulation of evidence at hearing of this cause, and waives the appearance, confronation and cross-examination of said witnesses. Defendant consents to the introduction of testimony orally, by affidavits, written statements of witnesses and other documentary evidence.

I DO FURTHER JUDICIALLY CONFESS that the following facts are true and correct:

That on _September 11_, 19 _92_, I was duly and legally placed on probation in this cause for a period of _____ years beginning on said date. I received and was explained and understood the conditions of probation set down by the Court in this case. Since having been placed on probation, and while under probation, I have violated the conditions of probation in the following manners:

1. I failed to report to the probation officer as directed although I was able to report and could have reported during the following periods of time:

   _March 8, 15, 22, 29 1993 or any time thereafter_

2. I committed the following offense or offenses while under probation:

   _____

   _____

   _____

   _____

3. I have further violated probation in the following respects:

   _Did not pay fees, or atty fees, or costs in March_
   _April 1993 or any date thereafter_

   _Orvis Porter by GDSmith_   I my attorney sign my name
   Defendant

   July 27, 1998

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the _27_ day of _July_, 19 _98_

BILL LONG
DISTRICT CLERK,
Dallas County, Texas    By _____
                          Deputy District Clerk

_St Ex #1_

# Exhibit

# B

---

Notice of Enhancement
filed MARch 11, 2011
This CASe are 2 Separate
Conviction F92-31291-mw
Date and time
F92-31291-mw, WAS a pARole
Violation on FeBruary 3, 2000
F99-53393 WAS the new
Charge !

CAUSE NUMBER F-10-24557

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN CRIMINAL DISTRICT |
| VS. | § | COURT #3 OF |
| Orvis Porter | § | DALLAS COUNTY, TEXAS |

FILED
2011 MAR 11 AM 9:10

### NOTICE OF THE STATE'S INTENT
### TO ENHANCE PUNISHMENT RANGE

COMES NOW THE STATE OF TEXAS by and through her Criminal District Attorney giving the above-referenced defendant ("Defendant" herein) notice of the State's intention to enhance the punishment range in the above-captioned case using prior convictions under TEX. PENAL CODE §12.42(c)(1):

Prior to the commission of the instant offense, the said defendant was convicted of the felony offense of Burglary of a Habitation on or about the, 31st day of July 1998 A.D., in Cause Number F-92-31291 on the docket of 363rd Judicial District Court of Dallas County, Texas under the name of Orvis Porter and said conviction was a final conviction.

Prior to the commission of the instant offense, the said defendant was convicted of the felony offense of Burglary of a Habitation, on or about the 3rd day of February, 2000, A.D., in Cause Number F-99-53393 on the docket of 363rd Judicial District Court of Dallas County, Texas under the name of Orvis Porter and said conviction was a final conviction.

Pursuant to Tex. Penal Code § 12.42(c)(1), on conviction in the above-captioned case, upon a showing that Defendant has been convicted of the aforementioned felony, **Defendant shall be punished by Imprisonment in the Texas Department of Criminal Justice for any term of not more than 20 years or less than 2 years, and/or by a fine not to exceed $10,000.** The State would show that said enhancement does not charge Defendant with an additional or different offense, nor does it prejudice the substantial rights of Defendant.

Respectfully submitted,

Jason Fine
Assistant District Attorney
Dallas County, Texas
Texas Bar No. 24055477

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF THE STATE'S INTENT TO ENHANCE PUNISHMENT RANGE has been [ ] hand-delivered, [ ] mailed, [X] faxed, to George Ashford the Attorney for the Defendant on this the 11th day of March, 2011.

Jason Fine
Assistant District Attorney

*[Handwritten margin notes:]* Final conviction July 31, 1998 → Sentence 2 Separate Date, Final Conviction — 2 Separate Sentence Date Feb, 3, 200 final conviction

22

# Exhibit

# C

B Oregon Correction, Time Sheet to prove, I was not in Texas July 31, 1998 F92-31291-mw when I got sentence to 5 year's T. D. C. with 4 1/2 Back time and F92-31291-mw was a parole violation on February 3, 2000 I was parole out Dallas County Jail, April 16, 1999 PIA from the Texas Board of parole and pardon



**Oregon**

John A. Kitzhaber, MD, Governor

**Department of Corrections**
Offender Information and
Sentence Computation
24499 SW Grahams Ferry Road
Wilsonville, OR 97070-5670
Phone: (503) 570-6900
Fax: (503) 570-6903

 copy

Steptember 25, 2013

To:
Mr. Porter, Demons Orvis

RE: **Porter, Demons Orvis OR SID 10530457.**
**DOB: 04/05/1975.**

*My AKA: Name while in prison*

I, Grace Chen, hereby certify and attest that:

1. I am a Records Information Specialist with the Oregon Department of Corrections.

2. I have caused a careful and complete search of the incarceration records pertaining to **Porter, Demons Orvis OR SID 10530457.**

3. This information is to verify that **Porter, Demons Orvis OR SID 10530457.** He was incarcerated with the Oregon Department of Correction from 09/23/1994 to 12/16/1998.

   Mr. Porter was released from incarceration on 12/16/1998 and completed his parole on 06/26/2002.

Sincerely,

Grace Chen
Information Request Coordinator
Offender Information and
Sentence Calculation, Bldg Z,
24499 SW Trahams Ferry Rd.,
Wilsonville, OR 97070

*I was here when I got sentence in July 31, 1998 in F92-31291-mw — my attorney illegal sign my name*

Offender: **10530457 PORTER, DEMONS ORVIS**                Location: MTDC

|          |         |      | ----Admission-------- |       | -----Release--------------- |       |      |      |
|----------|---------|------|------|-------|-------|-------|------|------|
|          |         | Loca | Date | Time  | Date  | Time  | Type | To   |
| 01       | From:   | MULT |      |       |       |       |      |      |
| 01-01    | Status: | Probation |  |       |       |       |      |      |
| 01-01-01 |         | MTDC | 05/24/1994 | 09:00 | 06/03/1994 | 17:00 | TRAN | MTNO |
| 01-01-02 |         | MTNO | 06/06/1994 | 09:00 | 09/23/1994 | 13:30 | VIOL | OCIC |
| 01-02    | Status: | Inmate |  |       |       |       |      |      |
| 01-02-01 |         | OCIC | 09/23/1994 | 13:30 | 10/03/1994 | 09:50 | CUST | EOCI |
| 01-02-02 |         | EOCI | 10/03/1994 | 14:22 | 01/24/1995 | 08:40 | MEDI | OSP  |
| 01-02-03 |         | OSP  | 01/24/1995 | 14:00 | 11/16/1995 | 08:00 | HOLD | EOCI |
| 01-02-04 |         | EOCI | 11/16/1995 | 11:59 | 11/21/1995 | 06:45 | PROG | SRCI |
| 01-02-05 |         | SRCI | 11/21/1995 | 14:00 | 07/23/1996 | 08:00 | ADMN | EOCI |
| 01-02-06 |         | EOCI | 07/23/1996 | 13:45 | 07/24/1996 | 09:00 | ADMN | OSP  |
| 01-02-07 |         | OSP  | 07/24/1996 | 14:45 | 01/06/1997 | 08:00 | HOLD | EOCI |
| 01-02-08 |         | EOCI | 01/06/1997 | 14:10 | 01/07/1997 | 06:45 | ADMN | SRCI |
| 01-02-09 |         | SRCI | 01/07/1997 | 13:55 | 01/28/1997 | 08:06 | ADMN | EOCI |
| 01-02-10 |         | EOCI | 01/28/1997 | 11:20 | 01/30/1997 | 08:30 | ADMN | OSP  |
| 01-02-11 |         | OSP  | 01/30/1997 | 16:30 | 12/16/1998 | 08:15 | POST | MTDC |
| 01-03    | Status: | PostPrison |  |    |       |       |      |      |
| 01-03-01 |         | MTDC | 12/16/1998 | 08:16 | 06/26/2002 | 00:00 | DISC |      |

~~I~~ This IS false

Exhbit

(13)

O Affidavit
From Department
of Criminal, Justice
Record Division

F92-31291-mw
Burglary haBitation
final conviction was Discharge
December 16, 1999. I Reciuced-
4 1/2 years Back look at Judgement
in penpacket. IN F92-31291-mw
from the 363 Rd Judical clistrict
court of Dallas county. That over
12 years if Discharge on
oct 6, 2004 I only had 5 years
6 month parole.

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS         §

COUNTY OF DALLAS         §



I, James Hammond # 414, a Peace Officer in the Criminal District Attorney's Office of Dallas County, Texas, on this the 18th day of December, A.D. 2013, personally contacted Wendy, with the Texas Department of Criminal Justice, Records Division. I inquired about Orvis Wayne Porter, DOB: 04/24/1974, SID No.TX11037536. She confirmed that Cause No. F92-31291, was discharged on October 6, 2004.

_Janny Hammond #414_

Inv. James Hammond #414
Peace Officer, Dallas County, Texas

State of Texas
County of Dallas

Sworn to and subscribed before me on the _____ day of _____, 2013 by

_Lenetha Parker_

(Personalized Seal)

_Notary Public's Signature_

LENETHA PARKER
Notary Public
STATE OF TEXAS
My Comm. Exp. Sep. 09, 2016

This is wrong
false Information i
discharge on parole in
F92-31291-mw 12/5/99